The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> AMBER OKHOMINA and <br> SUSAN KOLLER, <br><br> Defendants. | NO. CR17-0203-JCC <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

Upon motion by the United States of America, requesting dismissal without prejudice of the Indictment in the cases of *United States v. Amber Okhomina*, CR17-203, and *United States v. Susan Koller*, CR17-203, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS:

The Indictment charging these individuals in the above-entitled cause is DISMISSED WITHOUT PREJUDICE.

ORDER OF DISMISSAL- 1
U.S. v. Okhomina & Koller, CR17-203 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service and to close this case.

DATED this 17th day of September 2021.

*signature*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Marie M. Dalton*
MARIE M. DALTON
Assistant United States Attorney
ORDER OF DISMISSAL- 2
U.S. v. Okhomina & Koller, CR17-203 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970